IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CELIA PEARLMANN,<br>Plaintiff,<br><br>v.<br><br>CHESTER UPLAND SCHOOL DISTRICT,<br><br>And<br><br>CHESTER UPLAND EDUCATION ASSOCIATION,<br>Defendants. | No. 2:08-cv-00076-ER<br><br>Jury Trial Demanded |

### JOINT STIPULATION TO DISMISS DEFENDANT CHESTER UPLAND SCHOOL DISTRICT WITH PREJUDICE

Plaintiff, Celia Perlmann, and Defendant, Chester Upland School District ("CUSD"), through undersigned counsel, stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure and an agreement between the Plaintiff and CUSD that any and all claims made in this action against CUSD are dismissed with prejudice.

Both parties request that the Clerk of this Honorable Court enter this stipulation dismissing CUSD with prejudice.

Jointly stipulating and respectfully submitted this 2nd day of July, 2008 by:

/s/ Shelly Farber
Shelly Farber, Esquire
*Attorney for Plaintiff*
2619 West Chester Pike
Broomall, Pa 19008
(610) 356-3900

Allison S. Petersen, Esquire
*Attorney for Chester Upland Sc.Dist.*
Levin Legal Group
1301 Masons Mill Business Park
1800 Byberry Road
Huntingdon Valley, Pa 19006

Approved:

7/3/08