IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CELIA PEARLMANN,<br>Plaintiff, | |
| v. | No. 2:08-cv-00076-ER |
| CHESTER UPLAND SCHOOL DISTRICT, | Jury Trial Demanded |
| And | |
| CHESTER UPLAND EDUCATION ASSOCIATION,<br>Defendants. | |

## JOINT STIPULATION TO DISMISS DEFENDANT CHESTER UPLAND EDUCATION ASSOCIATION WITH PREJUDICE

Plaintiff, Celia Perlmann, and Defendant, Chester Upland Education Association ("CUEA"), through undersigned counsel, stipulate pursuant to Rule 41 of the Federal Rules of Civil Procedure and an agreement between the Plaintiff and CUEA that any and all claims made in this action against CUEA are dismissed with prejudice.

Both parties request that the Clerk of this Honorable Court enter this stipulation dismissing CUEA with prejudice.

Jointly stipulating and respectfully submitted by:

_[signature]_
Shelly Farber, Esquire
*Attorney for Plaintiff*
Farber & Farber Law Offices
2619 West Chester Pike
Broomall, Pa 19008

7/24/08
Date

_[signature]_
Annemarie Dwyer, Esquire
*Attorney, Chester Upland Educ. Assoc..*
PSEA, Legal Division
1512 McDaniel Drive
West Chester, Pa 19380-6670

7/24/08
Date